

ORDERED in the Southern District of Florida on March 8, 2019.

Robert A. Mark, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 18-24091 -BKC- RAM

Mack L. Wells  Chapter 7

_____Debtor_____/

### ORDER REINSTATING CASE

An Order Dismissing Case for Failure to Pay Filing Fees was entered on 1/24/19 . The court, upon determination that the debtor has paid the total filing fee due in this case, **ORDERS** as follows:

☑ This case is reinstated. Because this case was dismissed prior to the meeting of creditors being held, the meeting of creditors set for 2/13/19 at 11:30 AM is/was canceled. In accordance with Local Rules 3002-1(B)(2), 4004-2(B)(1) and 4007-1(B)(1), the clerk's office will provide notice to all parties of record of the date of the rescheduled meeting of creditors and any applicable reset deadlines. *Or*

☐ This case is reinstated. This case was dismissed after the meeting of creditors was held. In accordance with Local Rules 3002-1(B)(2), 4004-2(B)(2) and 4007-1(B)(2):

**A.** The deadlines for filing an adversary complaint objecting to discharge and/or dischargeability:

☐ expired prior to dismissal of this case. No new deadlines shall be set.

☐ have been reset to _____.

(rev. 12/01/17)

B.  The deadline for filing a proof of claim is:

☐ not applicable.  This case has been designated as a no asset case and no claims bar date has been established at this time.

☐ not applicable.  The deadline expired prior to dismissal of this case.  No new deadline shall be set.

☐ _____.  Claims should be filed using the Official B410 Proof of Claim form available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self-addressed envelope.

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**###**

**Copies to:**
All parties of record by Clerk

(rev. 12/01/17)