

**ORDERED in the Southern District of Florida on March 11, 2019.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | CASE NO.  18-24091-RAM |
| | CHAPTER  7 |
| MACK L. WELLS, | |
| Debtor. | |

**ORDER (1) RESETTING HEARING
ON DEBTOR'S MOTION TO CONVERT; AND (2)
SETTING DEADLINE FOR U.S. BANK TO FILE A RESPONSE**

This case was dismissed on January 24, 2019, prior to a February 19, 2019 hearing that had been scheduled on Debtor's Motion to Convert to Chapter 13 [DE# 9]. Because of the dismissal, the hearing on the Motion to Convert did not proceed.

On March 8, 2019, the Court entered its Order Reinstating Case [DE# 37].  Now that the case is reinstated, the Court will schedule a hearing on the Motion to Convert.

### Relevant Background

U.S. Bank, as Trustee for RASC 2005AHL3 ("U.S. Bank"), is the plaintiff in a foreclosure case involving the property located at 15020 South River Drive, Miami, FL  33167 (the "Property"), Case No. 2010-61928-CA-01 (the "Foreclosure Case").  The state court entered a foreclosure judgment against the Debtor and numerous other defendants on December 19, 2017 (the "Foreclosure Judgment"), in the amount of $991,297.35 (the "Judgment Debt").

The Court's review of the online docket in the Foreclosure case indicates that at least three bankruptcies have stayed prosecution of the Foreclosure Case.  Those bankruptcies involved the Debtor, Mack Wells, and debtors, Kurt Marin, Maurice Symonette, and Symonette Limited Partners.

Based on the foregoing, it is –

**ORDERED** as follows:

1.   The Court will conduct a further hearing on the Debtor's Motion to Convert on **April 2, 2019** at **11:00 a.m.**, at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Florida  33128.

2. The Debtor must appear in person at the April 2, 2019 hearing.

3. US Bank shall file a response to the Debtor's Motion to Convert by March 26, 2019.

###

COPIES TO:

Soneet Kapila, Trustee
AUST

**CLERK TO SERVE PARTIES BELOW:**

Mack L. Wells
15020 S. River Drive
Miami, FL  33167

Brock, Scott, PLLC
Attn:  Giuseppe Cataudella, Esq. and Jessica Fagen, Esq.
2001 NW 64th Street, Suite 130
Ft. Lauderdale, FL  33039
(Counsel for U.S. Bank, N.A. in State Court Case No. 2010-61928-CA-01)
FLCourtDocs@brockandscott.com
Giuseppe.Cataudella@brockandscott.com

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2**